UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CR17SNL/DDN |
| | ) | |
| ROBERT EARL HURST, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having received no objections by the defendant, Robert Earl Hurst,

**IT IS HEREBY ORDERED** that United States Magistrate Judge David D. Noce's Order and Recommendation (#25), filed March 13, 2007 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that defendant's motion to suppress evidence and statements (#20) and oral motion, filed February 6, 2007, be and are **DENIED**.

Dated this   3rd   day of April, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE